PD-0072-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/1/2015 11:09:20 AM
Accepted 5/1/2015 11:43:40 AM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

May 1, 2015

ABEL ACOSTA, CLERK

**IN THE COURT OF CRIMINAL APPEALS**

| | | |
|---|---|---|
| **JAMES LEMMING** | § | **APPEALED FROM THE** |
| **Appellant** | | **COURT OF APPEALS, 6th DISTRICT** |
| | | |
| V. | § | CCA NO. PD-0072-15 |
| | | CASE NO. 06-13-00264-CR |
| | | TRIAL COURT NO. 41799-B |
| | | |
| THE STATE OF TEXAS | | |
| Appellee | § | STATE OF TEXAS |

NOTICE OF REPRESENTATION
REGARDING PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

I, CLEMENT DUNN, Attorney for the Appellant, respectfully submits the following:

In response to the letter dated, April 22, 2015, please accept this letter as notice of

representation for Appellant, James Edward Lemming in the Court of Criminal Appeals

regarding the Petition for Discretionary Review.

RESPECTFULLY SUBMITTED,


__/s/Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

# CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 05-01-15

__/s/ Clement Dunn_____
Attorney for Appellant